PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Joshua Perrington            Cr.: 16-00584-001
                                                                                          PACTS #: 2824183

Name of Sentencing Judicial Officer:    THE HONORABLE VICTOR MARRERO, SD/NY. THE HONORABLE WILLIAM H. WALLS, ACCEPTED JURISDICTION OF THIS CASE ON DECEMBER 19, 2016.

Date of Original Sentence: 03/06/2015

Original Offense: Conspiracy To Possess With Intent To Distribute Controlled Substance

Original Sentence: 36 months probation

Special Conditions: Special Assessment, Substance Abuse Testing, Search/Seizure

Type of Supervision: Probation                          Date Supervision Commenced: 03/06/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1.                      On March 24, 2017, the offender tested positive for marijuana usage. The offender verbally admitted that he used the illegal substance on March 3, 2017, and he subsequently signed an admission form.

U.S. Probation Officer Action:
At this time, we are requesting that this petition serve as an official written reprimand. We will continue to monitor the offender's compliance, and make the necessary referrals to assist the offender.

                                                                                 Respectfully submitted,
                                                                                 *Edward J. Irwin/nm*
                                                                                 By: Edward J Irwin
                                                                                      U.S. Probation Officer
                                                                                      Date: 04/06/2017

*The Court's endorsement of this petition will serve as an official written reprimand to the offender unless the Court directs that alternative action be taken as follows:*

☒ No Formal Court Action to be Taken at This Time/Written Reprimand

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

_____
Date