PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Joshua Perrington

Cr.: 16-00584-001
PACTS #: 2824183

Name of Sentencing Judicial Officer: THE HONORABLE VICTOR MARRERO, SD/NY. THE HONORABLE WILLIAM H. WALLS, ACCEPTED JURSIDCITION OF THIS CASE ON DECEMBER 9, 2016.

Date of Original Sentence: 03/06/2015

Original Offense: ; Conspiracy To Possess With Intent To Distribute Controlled Substance

Original Sentence: 36 months probation

Special Conditions: Special Assessment, Substance Abuse Testing, Search/Seizure, Drug Treatment

Type of Supervision: Probation                    Date Supervision Commenced: 03/06/2015

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1.    On December 4, 2017,the offender tested positive for marijuana usage. The offender verbally admitted that he smoked two (2) blunts on November 1, 2017, and he subsequently signed an admission form.

2.    On December 4, 2017, the offender reported a change of address and a change of employment, which occurred a month earlier. The offender was reminded that he must notify the Probation Office of any changes within 72 hours.

U.S. Probation Officer Action:
At this time, we are requesting that this petition serve as an official written reprimand. We will continue to monitor the offender's compliance until his termination from supervision which is scheduled to finish on March 5, 2018.

Respectfully submitted,

Luis R. Gonzalez
2017.12.14
By: Edward J Irwin 4:44:19 -05'00'
U.S. Probation Officer
Date: 12/14/2017

*The Court's endorsement of this petition will serve as an official written reprimand to the offender unless the Court directs that alternative action be taken as follows:*

☑ No Formal Court Action to be Taken at This Time/Written Reprimand

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

_____
Date